***UNITED STATES BANKRUPTCY COURT***
***SOUTHERN DISTRICT OF NEW YORK***
--------------------------------------------------------X
***In Re:***

**Peggy Nestor**

--------------------------------------------------------X

***ORDER OF DISMISSAL***
**FOR**
***FAILURE TO PROSECUTE***
***BANKRUPTCY APPEAL***

26-CV-6363 PAE (JW)

FROM: VITO GENNA, CLERK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

TO: TAMMI M. HELLWIG, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: Peggy Nestor
BANKRUPTCY CASE: **23-B-10627 (PAE) (JW)**
DATE OF FILING NOTICE OF APPEAL: 07/24/2026
BANKRUPTCY DOCUMENT #: 1162

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and file Designation of Items to be Included in Record as required by:

_X_ FRBP 8009
___ Federal Rules of Civil Procedure (Rule _____)
__ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated: **November 17, 2026**
New York, New York

Vito Genna, Clerk
U.S. Bankruptcy Court, SDNY

By: ____/s/ Anatin Rouzeau_______
Deputy Clerk

***ORDER***

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated November 17, 2026
New York, New York

Paul A. Engelmayer
PAUL A. ENGELMAYER
Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _______________

Tammi M. Hellwig, Clerk
District Court, SDNY

By: ____________________
Deputy Clerk